

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MEGAN FRANCINE BEJARANO, | § | No. 08-25-00132-CV |
| Appellant, | § | Appeal from the |
| v. | § | 65th District Court |
| SHEYENNE ANTOINETTE CLARK, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2025DCM1353) |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution. We therefore dismiss the appeal for want of prosecution. We further order that Appellant pay all costs of this appeal, and that this decision be certified below for observance.

IT IS SO ORDERED this 14th day of May 2025.


LISA J. SOTO, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.